UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS W. FOX, | ) |
|  | ) Civil Action No. 04-1887 |
| Plaintiff, | ) |
|  | ) |
| v. | ) Judge Gary L. Lancaster |
|  | ) |
| RYAN BECK & COMPANY, INC., | ) |
|  | ) |
| Defendant. | ) |

ORDER ON DEFENDANT'S MOTION FOR
LEAVE TO AMEND ITS ANSWER AND AFFIRMATIVE DEFENSES

AND NOW, this 26th day of Aug, 2006, upon consideration of Defendant Ryan Beck & Co., Inc.'s Motion for Leave to Amend Its Answer and Affirmative Defenses, and any responses thereto, it is hereby ORDERED AND ADJUDGED that Defendant's Motion for Leave to Amend its Answer and Affirmative Defenses is GRANTED and that Defendant's Amended Answer and Affirmative Defenses is deemed to be filed on this date.

United States District Judge

cc: All Counsel of Record

1-PI/169665.1