IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS W. FOX, | ) |
| | ) **FILED ELECTRONICALLY** |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1887 |
| | ) |
| RYAN BECK & COMPANY, INC., | ) Judge Gary L. Lancaster |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW this 28 day of DECEMBER 2006, upon consideration of Defendant Ryan Beck & Co., Inc.'s Motion to Compel Discovery Responses, and any response thereto, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED and that Plaintiff Thomas W. Fox shall provide all answers and documents missing from Plaintiff's Responses to Defendant's First Set of Interrogatories and Document Requests, including, but not limited to, supplemental responses to Interrogatory Nos. 2 and 10 and Document Request Nos. 3, 5, 6, 9, 10, 12, 15 and 16, on, or before, January 4, 2007. ~~within three (3) days of this Order.~~

_____
Judge Gary L. Lancaster

cc: All Counsel of Record