IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS W. FOX, | ELECTRONICALLY FILED |
| Plaintiff, | Civil Action No. 04-1887 |
| v. | Judge Gary Lancaster |
| RYAN BECK & COMPANY, INC., | |
| Defendant. | |

## STIPULATED PROTECTIVE ORDER

Plaintiff Thomas W. Fox and Defendant, Ryan Beck & Co., Inc., hereby agree, and respectfully request, that the Court enter this Stipulated Protective Order.

WHEREAS, Plaintiff alleges in his Complaint that his employment with Defendant was terminated in violation of the Americans with Disabilities Act ("ADA");

WHEREAS, Defendant contends that it terminated Plaintiff's employment based, in part, on what it believed to be Plaintiff's violation of company policies in connection with a client's account;

WHEREAS, that client remains a client of Defendant and is not a party to this lawsuit;

WHEREAS, the parties desire to maintain the privacy of the client;

WHEREAS, the identity of the client is neither relevant nor necessary for disposition of the Motion for Summary Judgment that Defendant intends to file.

IT IS HEREBY AGREED BY THE PARTIES AND ORDERED THAT:

The parties shall redact the name of the client and other personal identifying information of the client, including, but not limited to, financial account numbers, in all motions, briefs, exhibits, appendices and other materials filed in support of or in opposition to Defendant's Motion for Summary Judgment.

1-PI/177763

STIPULATED AND AGREED:

| | |
|---|---|
| /s/ Gregory G. Paul | /s/ Christopher K. Ramsey |
| Gregory G. Paul | Christopher K. Ramsey |
| PA ID 83334 | PA ID 63293 |
| Peirce, Raymond & Coulter, P.C. | Stephanie R. Reiss |
| 707 Grant Street | PA ID 88316 |
| Pittsburgh, PA 15219 | Morgan, Lewis & Bockius, LLP |
| 412-281-7229 (Phone) | One Oxford Centre, 32nd Floor |
| 412-281-4119 (Facsimile) | Pittsburgh, PA 15219 |
| Email: gpaul@peircelaw.com | 412-560-3300 (Phone) |
| | 412-560-7001 (Facsimile) |
| Counsel for Plaintiff Thomas W. Fox | Email: cramsey@morganlewis.com |
| | Email: sreiss@morganlewis.com |
| | Counsel to Defendant Ryan Beck & Co., Inc. |

SO ORDERED:

_____
Judge Gary Lancaster

Dated: February 6, 2007