IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS W. FOX,

    Plaintiff,

vs.                                      Civil Action Number: 04-1887

RYAN BECK & COMPANY, INC.

    Defendant.

**ORDER**

AND NOW, this 14th day of March, 2007, upon consideration of the Plaintiff's Motion to File Documents Under Seal is hereby ordered that said Motion is Granted. The Plaintiff's exhibits 9, 31-35 shall be filed under seal with the Court.

                                                        _____
                                                        United States District Judge